# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00174-CV

### T. M. and O. A., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. 20-0618, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

T.M. and O.A.'s joint motion for rehearing and en banc reconsideration is denied.

It is ordered on November 12, 2021.


Before Chief Justice Byrne, Justices Goodwin, Baker, Triana, Kelly, and Smith
  Dissenting Opinion by Justice Triana, joined by Justice Baker